FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BADGER METER, INC., d/b/a NATIONAL METER AND AUTOMATION, a Wisconsin corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ITRON, INC., a Washington corporation,<br><br>    Defendant. | No. 2:20-CV-00122-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 16. The parties request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion, enter it into the record, and dismiss this case.

//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 16, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 4th day of December 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS** # 2